**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-14001-TP-MARTINEZ/MAYNARD**
**CASE NO. 22-14002-TP-MIDDLEBROOKS/MAYNARD**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**DEVERN CLEMON,**

      **Defendant.**

_____/

**REPORT AND RECOMMENDATION ON**
**DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1**

    **THIS CAUSE** came before me on June 27, 2022.  Having conducted a hearing, I recommend as follows:

    1.     A Petition for Offender Under Supervision was filed in Case No. 22-14001-TP-Martinez/Maynard at Docket Entry 2 on May 12, 2022.   On May 17, 2022, a Petition for Offender Under Supervision was filed in Case No. 22-14002-TP-Middlebrooks/Maynard at Docket Entry 2. The Petitions charge a single identical violation.  Defendant appeared before me for a hearing on both Petitions on June 27, 2022.

    2.     At the hearing, the Defendant admitted Violation Number 1.

    3.     Violation Number 1 alleges:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance.  On April 20, 2022, the defendant submitted a urine specimen which tested positive for the presence of cocaine in [Probation's] local laboratory; and subsequently was confirmed positive by Alere Toxicology Services, Incorporated. |

4.      The possible maximum penalties faced by the Defendant were read into the record by the Government.  The Defendant stated that he understood those penalties.

5.      I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing.  The Defendant acknowledged that he understood his rights in that regard and further understood that if his admission to Violation Number 1 is accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6.      The Government proffered a factual basis for Defendant's admission to Violation Number 1.  Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer, I find that the proffered facts establish a sufficient factual basis to support Defendant's admission to Violation Number 1.

**ACCORDINGLY**, based upon the Defendant's admission under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Number 1, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>27th</u> day of June,

2022.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE