UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-14001-TP-MARTINEZ/MAYNARD
CASE NO. 22-14002-TP-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DEVERN CLEMON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON ADMISSIONS TO VIOLATION NUMBER 1

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE: 2] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on June 27, 2022 and a Report and Recommendation was filed, [DE: 14], recommending that the Defendant be found to have violated his supervised release as to Violation Number 1 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 14] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 1 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Tuesday, August 30, 2022 at 1:30 p.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of July, 2022.

```
                                   JOSE E. MARTINEZ
                                   UNITED STATES DISTRICT JUDGE
```

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office